MEMO ENDORSED



**FROSS ZELNICK**

**John P. Margiotta**
Partner

151 West 42nd Street, 17th Floor
New York, NY 10036

T 212.813.5957
jmargiotta@fzlz.com

November 10, 2022



USDC SDNY
DOCUMENT
ELECTRON[ICAL]LY FILED
DOC #: _____
DATE FILED 11/15/22

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street
New York, NY 10007

Re: *Apollo Healthcare Corp. d/b/a Apollo Health & Beauty Care v. Sol de Janeiro USA Inc.*, No. 1:22-cv-07719-LLS (S.D.N.Y.)

Dear Judge Stanton:

We represent Defendants/Counterclaim Plaintiffs Sol de Janeiro USA Inc. and Sol de Janeiro IP, Inc. ("Defendants") in the above-captioned action. Defendants and Plaintiff Apollo Healthcare Corp. jointly request an adjournment of the Court's Initial Rule 16(b) Conference, currently scheduled for **December 2, 2022** (Dkt. No. 32), to **January 18, 2023**, or as soon thereafter as Your Honor prefers.

An adjournment of the Initial Conference will allow Defendants to serve a new party, Counterclaim-Defendant Costco Wholesale Corp. (*see* Dkt. No. 29 (asserting counterclaims on November 3); Dkt. No. 35 (issuing summons as to Costco Wholesale Corp. on November 7)), then afford all parties sufficient time to meet their obligations under the Federal Rules of Civil Procedure prior to the Initial Conference before the Court.

This is the first request for adjournment of the Initial Conference.

Respectfully submitted,

/s/ John Margiotta

John P. Margiotta
212.813.5957
jm@fzlz.com

cc: All counsel of record (via ECF)

*[Handwritten endorsement:]* Granted. Jan 18, '23 at 12 noon. Louis L. Stanton 11/15/22

T 212.813.5900  F 212.813.5901
{F4883838.1}

**frosszelnick.com** / Fross Zelnick Lehrman & Zissu, P.C.