ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

APOLLO HEALTHCARE CORP. d/b/a
APOLLO HEALTH AND BEAUTY CARE,          22 Civ. 7719 (LLS)

        Plaintiff,                          MEMORANDUM AND ORDER

  - against -

SOL DE JANEIRO USA INC. and
SOL DE JANEIRO IP, INC.,

        Defendants.

------------------------------------X

SOL DE JANEIRO USA INC. and
SOL DE JANEIRO IP, INC.,

        Counterclaim-Plaintiffs,

  - against -

APOLLO HEALTHCARE CORP. d/b/a
APOLLO HEALTH AND BEAUTY CARE and
COSTCO WHOLESALE CORP.,

        Counterclaim-Defendants.

------------------------------------X

In response to counsels' March 11, 12 and 13 letters to the Court:

1. The case will not be tried before May 19;

2. Sol De Janeiro's facts will be the first (after the stipulated facts) in the Joint Pretrial Order; and

1

3. Videos and spread sheets may be filed by flash drive rather than ECF.

So Ordered.

Dated: New York, New York
March 17, 2025

_Louis L. Stanton_
LOUIS L. STANTON
U.S.D.J.