# EXHIBIT 1

Rebuttal Expert Report of Brian Buss

Dated November 29, 2023

Filed at ECF Nos. 175-1 and 285-1