# EXHIBIT A

Rebuttal Expert Report by Thomas J. Gorowsky, CPA, CMA, CVA, MBA
Dated November 15, 2023

Filed at ECF No. 286-1