# EXHIBIT B

Supplemental Rebuttal Expert Report

by Thomas J. Gorowsky, CPA, CMA, CVA, MBA

Dated December 29, 2023

Filed at ECF No. 286-2