# EXHIBIT 1

Expert Report of Dr. Itamar Simonson with Exhibits A - E

Dated November 15, 2023

Filed at ECF No. 187-33