# EXHIBIT 2

Dr. Simonson's Evaluation of the Report of Dr. Thomai Serdari

Dated November 29, 2023

Filed at ECF No. 295-1