

Craig S. Krummen
Tel 612.259.9719
Fax 612.677.3101
krummenc@gtlaw.com

April 30, 2025

Hon. Louis L. Stanton
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**FILED VIA CM/ECF**

Re: *Apollo Healthcare Corp. v. Sol de Janeiro USA Inc., et al*, No. 1:22-cv-07719-LLS

Dear Honorable Judge Stanton:

We represent Apollo Healthcare Corp. and Costco Wholesale Corp. in the above-referenced matter. This correspondence responds to Your Honor's April 25, 2025 Order For Conference On Declaratory Judgment.

Your Honor's Order stated that the parties were invited to confer and advise the Court concerning a mutually agreeable date in the coming weeks to conduct a conference with the Court. In response to Your Honor's Order, please be advised that counsel for all parties are available to participate in this conference on any of the following dates: May 6, 7, 8, 14, 15, 16.

Respectfully submitted,

Craig S. Krummen

*Attorneys for Apollo Healthcare Corp. d/b/a Apollo Health and Beauty Care and Costco Wholesale Corp.*

Cc: John Margiotta, Esq.

Greenberg Traurig, LLP | Attorneys at Law

90 South Seventh Street | Suite 3500 | Minneapolis, Minnesota 55402 | T +1 612.259.9700 | F +1 612.677.3101

Albany. Amsterdam. Atlanta. Austin. Berlin⁼. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁎. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul°. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv^. Tokyo⁼. Warsaw~. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ~Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; °A branch of Greenberg Traurig, S.C.; ⁑Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; "Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

ACTIVE 710506445v1