UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
APOLLO HEALTHCARE CORP. d/b/a, APOLLO
HEALTH AND BEAUTY CARE,

                              Plaintiffs,

      -against-

SOL DE JANEIRO USA INC. and SOL DE
JANEIRO IP, INC.,

                              Defendants.

SOL DE JANEIRO USA INC. and SOL DE
JANEIRO IP, INC.,

                        Counterclaim-Plaintiffs,

      -against-

APOLLO HEALTHCARE CORP. d/b/a APOLLO
HEALTH AND BEAUTY CARE and COSTCO
WHOLESALE CORP.,

                      Counterclaim-Defendants.

------------------------------------------------------------ x

**ORDER ADJOURNING CONFERENCE**

22 Civ. 7719 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The case is being transferred to the Honorable George B. Daniels. Counsel shall contact his chambers for a conference date. The status conference scheduled for November 17, 2025 is hereby adjourned.

      SO ORDERED.

Dated:    November 13, 2025
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge