

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

November 20, 2025

**VIA ECF**

The December 17, 2025 is adjourned to January 7, 2026 at 10:15 a.m.

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Nov. 20, 2025

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: *Apollo Healthcare Corp. v. Sol de Janeiro USA Inc.*, No. 1:22-cv-07719-GBD
Adjourning Status Conference

Dear Judge Daniels:

I am lead counsel for Sol de Janeiro USA Inc. and Sol de Janeiro IP, Inc. in the above-captioned action and write to request an adjournment of the status conference scheduled for December 16, 2025. (ECF 455.) On that day, I will be in mediation for another matter.

Pursuant to Your Honor's Individual Rule II.C, this is the first request to adjourn the conference, and we have conferred with counsel Apollo Healthcare Corp. and Costco Wholesale Corp., who have consented to this request.

If it is convenient and helpful to Your Honor, counsel for all parties are available on December 17, 2025, and January 7, 8, and 9, 2026.

Respectfully submitted,

/s/ *John Margiotta*

John P. Margiotta

cc: Counsel of record for all parties, via ECF