

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

March 25, 2026

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Apollo Healthcare Corp. v. Sol de Janeiro USA Inc.*, No. 1:22-cv-07719-GBD
> Adjourning Status Conference

Dear Judge Daniels:

We write in response to Apollo Healthcare Corp. and Costco Wholesale Corp.'s March 20th letter requesting leave to move for summary judgment on Plaintiff's remaining trademark infringement claims. (ECF 466).

Plaintiff intends to timely seek reconsideration of the Court's dismissal of Sol de Janeiro's trade dress claims. Accordingly, we respectfully request that any letter briefing on Plaintiff's remaining claims be held in abeyance pending the Court's resolution of that forthcoming motion.

Should the Court prefer to proceed without delay, we are fully prepared to respond substantively to Defendants' letter and respectfully request 72 hours from the Court's notification of that preference in which to do so.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta

cc: Counsel of record for all parties, via ECF