**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

APOLLO HEALTHCARE CORP. d/b/a APOLLO         :
HEALTH AND BEAUTY CARE,                      :
                                             :
                          Plaintiff,         :
                                             :                    ORDER
            -against-                        :
                                             :           22 Civ. 7719 (GBD)
SOL DE JANEIRO USA INC., and                 :
SOL DE JANEIRO IP, INC.,                     :
                                             :
                          Defendants.        :
                                             :
------------------------------------- x
SOL DE JANEIRO USA INC., and                 :
SOL DE JANEIRO IP, INC.,                     :
                                             :
                    Counterclaim-Plaintiffs, :
                                             :
            -against-                        :
                                             :
APOLLO HEALTHCARE CORP. d/b/a APOLLO         :
HEALTH AND BEAUTY CARE and COSTCO            :
WHOLESALE CORP.,                             :
                                             :
                    Counterclaim-Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Apollo Parties' motion for leave to file affidavit and associated exhibit, (ECF No. 470,)

is GRANTED.

Dated: April 13, 2026
       New York, New York

                                   SO ORDERED.

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge