**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APOLLO HEALTHCARE CORP. d/b/a APOLLO  :
HEALTH AND BEAUTY CARE,                :
                                        :
                      Plaintiff,        :
                                        :                       ORDER
           -against-                    :
                                        :              22 Civ. 7719 (GBD)
SOL DE JANEIRO USA INC., and           :
SOL DE JANEIRO IP, INC.,               :
                                        :
                      Defendants.       :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SOL DE JANEIRO USA INC., and           :
SOL DE JANEIRO IP, INC.,               :
                                        :
           Counterclaim-Plaintiffs,     :
                                        :
           -against-                    :
                                        :
APOLLO HEALTHCARE CORP. d/b/a APOLLO   :
HEALTH AND BEAUTY CARE and COSTCO      :
WHOLESALE CORP.,                        :
                                        :
           Counterclaim-Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

SDJ's motion to adjourn the pretrial conference currently scheduled for April 22, 2026,

(ECF No. 472,) is DENIED.

Dated: April 15, 2026
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge