**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APOLLO HEALTHCARE CORP. d/b/a APOLLO   :
HEALTH AND BEAUTY CARE,   :

    :

                Plaintiff,   :

    :

    -against-   :

    :

SOL DE JANEIRO USA INC., and   :
SOL DE JANEIRO IP, INC.,   :

    :

            Defendants.   :

    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOL DE JANEIRO USA INC., and   :
SOL DE JANEIRO IP, INC.,   :

    :

          Counterclaim-Plaintiffs,   :

    :

    -against-   :

    :

APOLLO HEALTHCARE CORP. d/b/a APOLLO   :
HEALTH AND BEAUTY CARE and COSTCO   :
WHOLESALE CORP.,   :

    :

         Counterclaim-Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

22 Civ. 7719 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is hereby scheduled for July 28, 2026, at 10 a.m.

Dated: June 24, 2026
      New York, New York

               SO ORDERED.

               *George B. Daniels*

               GEORGE B. DANIELS
               United States District Judge