GreenbergTraurig

**SO ORDERED:**

George B. Daniels

George B. Daniels, U.S.D.J.

**Dated:** OCT 27 2026

Molly R. Littman-Johnson
Tel 612.259.9669
Fax 612.677.3101
molly.littman@gtlaw.com

October 26, 2026

Hon. George B. Daniels
U.S. Courthouse
500 Pearl Street
New York, NY 10007

***FILED VIA CM/ECF***

Re: ***Apollo Healthcare Corp. v. Sol de Janeiro USA Inc., et al*, No. 1:22-cv-07719-GBD**

Dear Honorable Judge Daniels:

We represent Plaintiffs and Counterclaim-Defendants Apollo Healthcare Corp. and Costco Wholesale Corp. (collectively, the "Apollo Parties") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices Rule I(D) ("Rule I(D)"), we write to respectfully request that Your Honor issue an order permitting the Apollo Parties to file under seal financial information produced by Defendants and Counterclaim-Plaintiffs Sol de Janeiro USA Inc. and Sol de Janeiro IP, Inc. (collectively, "SDJ") under Bates-labels SDJ0004310-4349 and SDJ0001589, and designated "Highly Confidential – Attorneys Eyes Only" and "Confidential," respectively (collectively, the "Sealed Documents").

The Sealed Documents are together being filed as Exhibit 1 to the Declaration of Molly R. Littman-Johnson in Support of Apollo Healthcare Corp. and Costco Wholesale Corp.'s Opposition to SDJ's Motion in Limine No. 4, and are attached here to as Exhibit 1 to the Littman-Johnson Declaration in Support of Letter to File Under Seal. The Apollo Parties take no position as to whether these documents are confidential or not.

The Apollo Parties understand that there is a "presumption in favor of public access to judicial documents," and that, "[i]n general, the parties' consent or the fact that information is subject to a confidentiality agreement between litigants is not, by itself, a valid basis to overcome" this presumption. *See* Rule I(D) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006); *In re Gen. Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (JMF), 2015 WL 4750774, at *4 (S.D.N.Y. Aug. 11, 2015)). Accordingly, we ask that the Court either maintain the financial information produced by SDJ as "Highly Confidential – Attorneys Eyes Only" and

"Confidential" under seal, or order that it not remain under seal, thus relieving the Apollo Parties of their obligation to keep the materials confidential under the Protective Order.

Per this Court's Rule I(D), the Apollo Parties will contemporaneously file under seal the proposed sealed document and relate this document to the motion.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

M Littman-Johnson

Molly R. Littman-Johnson

*Attorney for Apollo Healthcare Corp. d/b/a Apollo Health and Beauty Care and Costco Wholesale Corp.*

Enclosures

cc: All counsel of record