FROSS ZELNICK

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

October 28, 2026

**VIA ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Apollo Healthcare Corp. v. Sol de Janeiro USA Inc.*, No. 1:22-cv-07719-GBD
Information Requested at October 28 Pretrial Conference

Dear Judge Daniels:

We represent Counterclaim-Plaintiffs Sol de Janeiro USA Inc. and Sol de Janeiro IP, Inc. (together, "Sol de Janeiro"). We write in response to a question Your Honor raised during the pretrial conference held earlier today regarding Sol de Janeiro's substitution of Jordan Saxemard (its current CEO) as a witness for Heela Yang (its former CEO).

As I stated during the conference, Sol de Janeiro intends Mr. Saxemard to testify on topics for which Ms. Yang was a designated Rule 30(b)(6) witness. These topics are identified in ECF 278-9, Sol de Janeiro's responses and designations to the Apollo Parties' Rule 30(b)(6) deposition notice. They are also summarized at page 5 of ECF 553, Sol de Janeiro's brief in opposition to Apollo's motion to preclude Mr. Saxemard. Ms. Yang sat for deposition on these topics on September 12, 2023, and we do not anticipate or intend Mr. Saxemard to repudiate her testimony. We also acknowledge that Mr. Saxemard's testimony will be limited as follows. He will testify from personal knowledge acquired in his positions at Sol de Janeiro, including his knowledge of the company's business and records. *See* Fed. R. Evid. 602; *United States v. Rigas*, 490 F.3d 208, 222-24 (2d Cir. 2007).

Respectfully submitted,

*/s/John Margiotta*

John P. Margiotta

cc: All counsel of record (via ECF)