# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO HEALTHCARE CORP. d/b/a<br>APOLLO HEALTH AND BEAUTY CARE,<br><br>Plaintiff,<br><br>v.<br><br>SOL DE JANEIRO USA INC. and<br>SOL DE JANEIRO IP, INC.,<br><br>Defendants. | Civil Action No.: 1:22-cv-07719-GBD |
| SOL DE JANEIRO USA INC. and<br>SOL DE JANEIRO IP, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APOLLO HEALTHCARE CORP. d/b/a<br>APOLLO HEALTH AND BEAUTY CARE<br>and COSTCO WHOLESALE CORP.,<br><br>Counterclaim-Defendants. | |

## SOL DE JANEIRO'S PROPOSED VOIR DIRE QUESTIONS AND <u>LIST OF THOSE WHO MAY APPEAR OR BE REFERENCED AT TRIAL</u>

Pursuant to Section 4(B)(2) of the Court's Individual Practices, Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. by and through their attorneys, respectfully request the Court supplement its standard voir dire with the following questions and such other questions as may be submitted:

1. This case is between Sol de Janeiro, on the one hand, and Apollo Health and Beauty Care and Costco Wholesale Corp., on the other hand. It concerns a skin cream named BRAZILIAN BUM BUM ("Boom Boom") CREAM put out by Sol de Janeiro and a skin cream named BRAZILIAN BODY BUTTER CREAM put out by the brand NUTRIUS. Do you have any personal knowledge of this case from any source?
2. Have you or someone close to you had any training, schooling, or work experience in any of the following areas?
    A. The law or legal profession;
    B. Registering or protecting trademarks, copyright, or patents,
    C. The beauty industry;
    D. Consumer products;
    E. Brand development;
    F. Marketing;
    G. Consumer psychology or consumer surveys;
    H. Product engineering, design, or quality control; and
    I. Accounting or financial compliance.
3. Have you or someone close to you ever worked for a law firm?
4. The Plaintiff in this case is Sol de Janeiro. Have you ever heard of this company? Have you or someone close to you ever had any experience, good or bad, with Sol de Janeiro that would keep you from being a fair and impartial juror in this case?
5. Do you purchase beauty products? If so, where and how often?

6. Sol de Janeiro's skin cream, BRAZILIAN BUM BUM CREAM, is sold in a round yellow jar with a big white lid. Have you heard of Sol de Janeiro or its products? If so, in what context?

7. One of the defendants in this case is Apollo Health and Beauty Care. Have you ever heard of this company? Have you or someone close to you ever had an experience, good or bad, with Apollo Health and Beauty Care that would keep you from being a fair and impartial juror in this case?

8. The other defendant in this case is Costco Wholesale Corp., the company behind the Costco stores. Have you or someone close to you ever had an experience, good or bad, with Costco that would keep you from being a fair and impartial juror in this case?

9. Have you or someone close to you ever worked for or owned stock in Costco?

10. Have you or someone close to you ever been a member of Costco?

11. Have you ever been inside a Costco location?

12. Do any of the following apply to you, your employer, or someone close to you?

    A. Been involved in designing, selecting, obtaining, enforcing, buying, or selling a trademark, copyright, or patent;

    B. Hold a strong view regarding trademark and patent rights or the U.S. Patent & Trademark Office;

    C. Been involved in a lawsuit or contract dispute?

    D. Been involved in a dispute over intellectual property rights, unfair competition, or fraud;

    E. Believe that when one company mimics another's product, this is simply how business is done these days;

F. Bought or used the BRAZILIAN BUM BUM CREAM product or another Sol de Janeiro product;

G. Bought or used the BRAZILIAN BODY BUTTER CREAM product or another NUTRIUS product, or

H. Hold a strong view regarding the beauty company L'Occitane (*lowk·see·taan*)?

13. Have you ever posted anything online about a Sol de Janeiro or Nutrius product?

14. Have you ever posted online a product review or comment regarding any product?

15. Do you believe that companies are entitled to protect their brand names?

16. Do you hold any views about beauty products or the beauty industry generally that might impact your ability to be a fair and impartial juror in this case?

17. How frequently, if at all, do you shop at stores such as Shein, Temu, TikTok Shop, and Forever 21?

18. Have you ever served as a juror? If so, was it a civil or criminal case? Without stating what the verdict was, did you reach a verdict?

19. This is a civil case in which the plaintiff will be asking the jury to award money and to remove a product from the market. Do you have a strong opinion, positive or negative, about lawsuits of this nature?

20. Is there any other matter that you believe should be called to the Court's attention because it bears upon your qualifications or ability to sit as a juror or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and the Court's instructions as to the law?

* * *

Sol de Janeiro USA, Inc. and Sol de Janeiro IP, Inc. by and through their attorneys, submit this list of individuals, companies, and other entities that may appear as witnesses (including both sides) or otherwise be referred to during the trial:

1. Sol de Janeiro USA, Inc.
2. Sol de Janeiro IP, Inc.
3. Costco Wholesale Corp.
4. Apollo Healthcare Corp., d/b/a Apollo Health and Beauty
5. L'Occitane Group
6. Fross Zelnick Lehrman & Zissu, P.C.
7. Greenberg Traurig, LLP
8. John P. Margiotta
9. Leo Kittay
10. Mario Aieta
11. David Donahue
12. Brian Leary
13. Courtney Shier
14. Craig S. Krummen
15. Tiffany A. Blofield
16. Benjamin P. Gilford
17. Molly R. Littman-Johnson
18. Jonathan Peter Presvelis
19. Jordan Saxemard

20. Heela Yang
21. Haley Menkis
22. Charles Louvrier
23. John Plumpe
24. Thomai Serdari
25. Charles Wachsberg
26. Lindsay Bubitz
27. Ximena Prieto
28. Charlie Hayakawa
29. Gus Monson
30. Luai Bashori
31. Stacey Blundell
32. Suzy Callahan
33. Marc Capra
34. Dan Martin
35. Alexander Suannes
36. Brian Buss
37. Nikola Cline
38. Thomas Gorowsky
39. Dr. E. Deborah Jay
40. Dr. Itamar Simonson
41. Howard Aronson
42. Tamar Niv Bessinger

43. Ellen S. Thompson

Dated: November 9, 2026
New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: */s/ John Margiotta*

John P. Margiotta
David Donahue
Leo Kittay
Brian Leary
Courtney Shier
Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Email: jmargiotta@fzlz.com
ddonahue@fzlz.com
lkittay@fzlz.com
bleary@fzlz.com
cshier@fzlz.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*